In the Matter of MARTIN H. WEISMAN, Admitted as an Attorney under the Name of MORRIS WEISMAN.— Application for reinstatement as attorney and counselor at law. Matter referred to Hon. James C. Van Siclen, official referee, to hear and to report on the matters set forth in the affidavit submitted on behalf of the Brooklyn Bar Association, dated June 4, 1942. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

MASON FURNITURE CORPORATION, Plaintiff, v. EVA SEIDERMAN and JULIUS SEIDERMAN, Defendants.— Motion for leave to appeal to the Appellate Division and for other relief denied, without costs and without prejudice to an application to the Municipal Court for reargument. Defendant Julius Seiderman asserts that he never signed an agreement containing a waiver of a jury trial. The plaintiff submitted in the Municipal Court and in the Appellate Term an instrument, bearing a typewritten signature, purporting to be a copy of an original instrument signed by the aforesaid defendant. The purported original of that paper has been produced in this court, pursuant to order. Examination of the signature of defendant Julius Seiderman indicates that there may be merit to his contention that he did not sign a waiver for a jury trial. The said instruments are hereby ordered impounded. The defendants are not without remedy. They may apply to the Municipal Court for reargument, and at that time the instruments produced in this court may be examined. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE NEW YORK INSTITUTE FOR THE EDUCATION OF THE BLIND, Appellant, Respondent, v. COLONIAL SAND & STONE CO., INC., and THE IMMICK COMPANY, Respondents; ALEXANDER MEYER, Respondent, Appellant.— Motion for reargument denied, without costs. Motion to open default and for other relief denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

SLOMKA BROS., INC., Respondent, v. PETER BONHART, Appellant.— Respondent's motion for immediate consideration of appellant's motion for leave to appeal to the Appellate Division and for a stay granted. Appellant's motion for leave to appeal to the Appellate Division and for a stay denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

SUSI CONTRACTING Co., INC., Respondent, v. THE LAWRENCE-CEDARHURST BANK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

ROSE TAKACS, an Infant, by ANNA TAKACS, Her Guardian ad Litem, and ANNA TAKACS, Individually, Appellants, v. STEPHEN KAPELA and Others, Respondents.— Motion for modification of decision referred to the court that rendered the decision. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ. Motion for modification of decision of June 8, 1942 [ante, p. 871], denied, without costs. Assuming, but not conceding, that the demand for money damages was not abandoned on the appeal, recovery would be limited to what plaintiffs were deprived of by the conspiracy, namely, the value of Stephen Kapela's interest in the real property as a tenant by the entirety, which plaintiffs can now reach by execution; and the record contains no evidence of that value on which a money judgment could have been directed. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.